Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

for the

_Northern_ District of _Georgia_

_Atlanta_ Division

JUN 02 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

GLENN WAYNE Mitchell

_Plaintiff(s)_

_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

NATIONAL FOOTBALL LEAGUE;
COMMISSIONER; ROGER GOODELLS

_Defendant(s)_

_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **1:21-CV- 2260**

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☑Yes ☐No

I. TITLE VII OF CIVIL RIGHTS OF 1964;
II. TITLE I OF THE AMERICANS
WITH DISABILITIES ACT OF 1990;
III. 42 U.S. CODE 12203;
IV. HEALTH INSURANCE PORTABILITY
AND ACCOUNTABILITY ACT OF 1996;
V. 18 U.S.C. 1242 - U.S. CODE TITLE 18
AND 42 U.S.C. TITLE 42; chap; 21(1) 1981.

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name             GLENN WAYNE MITCHELL
Street Address   P.O. Box 490354
City and County  College Park        Fulton
State and Zip Code  GEORGIA      30349
Telephone Number  (404) 604-0706
E-mail Address    gwmitchell @ bellsouth. net

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                   NATIONAL FOOTBALL LEAGUE

    Job or Title *(if known)*   ROGER GOODELL, COMMISSIONER

    Street Address        345 PARK AVE.; NFL CORP. OFFICE

    City and County      NEW YORK

    State and Zip Code   NEW YORK   10154

    Telephone Number   (212) 459- 2000

    E-mail Address *(if known)*  rogergoodell6@nFl.Com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name                    *Hard Rock Stadium*

Street Address          *347 Don Shula Dr.*

City and County         *Miami Gardens*

State and Zip Code      *Florida   33054*

Telephone Number        *(305) 943 - 8000*

### II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Other federal law *(specify the federal law)*:

*18 U.S.C. /242 - U.S. Code Title 18/ 42 U.S.C. //CHAP 21 (3 1981 PL. 114-19*

☑   Relevant state law *(specify, if known)*:

*Health Insurance Portability and Accountability Act of 1996.*

☐   Relevant city or county law *(specify, if known)*.

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

    *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.   I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

_____

E.   The facts of my case are as follows. Attach additional pages if needed.

SEE: ATTACHMENTS

*E. FACTS OF MY CASE ARE AS Follows.*

COMPLAINT ATTACHMENTS

*Come NOW (02/07/2020) Plaintiff* Formal Complaint about Incidents that should have never Happened. Therefore, my Civil Rights and Constitution Rights were violated and denied. I was granted An open invitation to the Super Bowl at the Hard Rock Stadium by the National Football League as a Member of the security staff. I promised to pay for all my travel and housing while there to work. My attachments will state the discriminatory acts as following:

I.

*Plaintiff* UNDER   LAWS PROTECTION OF 42 U.S.C."CIVIL RIGHTS" CODE: TITLE 42; CHAPTER 21; SUBCHAP. :(1)

// 1981 IS THE LAW SIGNED TO PROVENT OTHER   DISCRIMINATORY ACTS PROTECTION.

See: Attachment: Contract Statement of Equal Rights. *(42 U.S.C. Chap. 21; Subchap(1)) AND ( 18 U.S.C. 1242 - U.S Code Title 18). SEE: NOTICE OF SUIT RIGHTS(04/01/2021*

II.

*Plaintiff* rights were violated Under American With Disability Act "(ADA)" of Title I And V (ADA) 1990 Section 504 of the rehabilitation Act of1973...After the 1987 Riots I were placed *SEE: March 28,1991 AND Racial Profiled (TITLE VII OF Civil Rights) OF 1964.*

*ATTACHMENTS Page 4 of 6*

On medical leave due to my extremely high risk of Post-Traumatic Stress Disorder (PTSD) after being held.

2.

A hostage for 11 days in the riots. For ten years I was in treatment for my injuries. (see: Attachments).

*(TITLE I OF THE AMERICANS WITH DISABILITIES ACT OF 1990)*
*SEE: MARCH 28, 1991 MEMO "FREE MAN DOCUMENT".*
*SEE: FEBRUARY 24, 2020 INCIDENT REPORT (1991-01-12) FALSE ALLEGATIONS.*

III.

*Plaintiff* Civil Rights under EEOC and Privacy Act Rights of 1974 were intention violated...

During the process I turned in my paperwork on November 7th, 2019 to staff. I had already

Worked two Super Bowls and as a law Enforcement my background had very been flagged by any local,

State or federal agencies for any criminal history. After, the February 24, 2020 I went to civil clerk and

Criminal clerks to check for any unknown information. Thereto, I raised out to the F.B.I. about any

Unknown information. "' WHY AFTER TWO SUPER BOWLS MY NAME WERE NOT FOUND?""

*(TITLE VII OF CIVIL RIGHTS OF 1964)*
*SEE: (RACIAL PROFILE) 42 U.S. CODE //12203*

IV.

*Plaintiff* a FEDERAL LAW ENFORCEMENT I have (2) counts of " MALICIOUS PROSECUTION"

And the LAW that allows a SUIT is aimed at to preventing and addressing abuse of the legal process.

Therefore, In a matter of "ERROR IN CHARGES"...while in the line of duty and due to a person medical

History the matter can be dropped be dropped or dismiss. The LAW provides that after (7) years the

Matter is sealed.... *(18 U.S.C. /242 - U.S. CODE TITLE 18)*
*FAIR LABOR STANDARDS ACT OF 1938, 29 U.S.C. /215 (a)(3);*
*TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. //2000e-(B)(a).*

V.

*Plaintiff* rights are protected from violation under the" HEALTH INSURANCE PORTABILITY

AND ACCOUNTABILITY ACT OF 1996 (HIPAA): States as Follows: A Federal Law that required the

Creation of national standards to protect sensitive patient health information from being disclosed

Without the patient's consent or knowledge. These facts are proof that the discrimination acts were

Done with intent to cause mental and bodily harm to my persons...

(see: United States Const. 14th Amendments Rights) AND *(18 U.S.C. /242 - U.S. CODE TITLE 18)*
*SEE, e.g., PETERS v. JENNEY, 327 F.3d 307, 318 (4th Cir. 2003);*
*SEE: JACKSON v. BIRMINGHAM BD. OF EDUC., 544 U.S. 167, 173 - 74 (2005)*
*TITLE VI: SECTION VIII. DISCRIMINATION RETALIZATION.*

Finally, *PLAINTIFF* with a Criminal Justice Degree and (36) years as a member with the Department

Of Justice as a Federal Law Enforcement Officer. I have suffered preconceived restraint and unfair

*SEE: ADMINISTRATIVE DENIAL: OCTOBER 2, 2020.*

3.

*V. RELIEF*

Fear of more intimidation as a Federal Law Enforcement Officer. Furthermore, the loss of integrity

And respectability of the events process has revealed a lot racial and bias and several unconstitutional

Acts of racism. The unwanted gross neglects and gross misconduct I have suffered and experience

Were done out of dislike with racial intent and with a racial motive. I am seeking a peaceful outcome

And seek to avoid having to file a Federal *Suit* and asking for a (12) members jury to decide a

Legal resolution. *PLAINTIFF SEEKS (#100,000,000.00 PUNITIVE DAMAGES) AND*
*(#100,000,000.00 ACTUAL DAMAGES).*

Please feel free to contact me by e-mail (*gwmitchell@bellsouth.net*) or Mail: P.O. Box 490354, College

Park, Georgia 30349 or by phone or text: (404) 604-0706. *PLAINTIFF PRAY FOR RELIEF.*

Respectfully,

Mr. Glenn Mitchell, DOJ

*Plaintiff; Pro-SE*
*P. O. Box 490354*
*College Park, GA*
*30349*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* **MARCH 17, 2021**

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)* **April 21, 2021**
*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I. PLAINTIFF SEEKS ($100,000,000.00 PUNITIVE DAMAGES);

AND

II. PLAINTIFF SEEKS ($100,000,000.00 ACTUAL DAMAGES).

PLAINTIFF PRAY FOR FULL RELIEF.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _June 01, 2021_

Signature of Plaintiff     _Glen Whitehead_

Printed Name of Plaintiff     _GLENN WAYNE WHITEHEAD_

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Glenn W. Mitchell, Sr.<br>P. O. Box 490354<br>College Park, GA 30349 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

|  | ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative<br>**Paul Chung,** | Telephone No. |
|---|---|---|
| **410-2021-02292** | **Investigator** | **(404) 562-6858** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Derick Newton
Digitally signed by Derick Newton
DN: cn=Derick Newton, o=EEOC, ou=ATDO,
email=derick.newton@eeoc.gov, c=US
Date: 2021.04.01 15:51:05 -04'00'

For

04-01-2021

| Enclosures(s) | **Darrell E. Graham,**<br>**District Director** | *(Date Issued)* |
|---|---|---|

cc: **Human Resources**
**HR**
**NATIONAL FOOTBALL LEAGUE**
**345 Park Ave.**
**NFL Corporate Office**
**New York, NY 10154**



FULTON
COUNTY

**LEWIS R. SLATON**
DISTRICT ATTORNEY-ATLANTA JUDICIAL CIRCUIT
THIRD FLOOR COURTHOUSE • ATLANTA, GEORGIA 30335

March 28, 1991

TO WHOM IT MAY CONCERN:

RE:   GLENN WAYNE MITCHELL/ DOB 11/2/58/  BK# 9106209
      B/O 2/2/91

This is to advise that the charge(s) of BATTERY and BURGLARY
were not presented to the Grand Jury on March 19, 1991.  At
this time there is nothing pending against this subject in
Fulton Superior Court.

Assistant District Attorney
Atlanta Judicial Circuit

/ji

" FREE MAN DOCUMENT "

Gleen W Mitchell
D 1937149



Page Two

Please include all pertinent arrest information for the following names (including any alias names
identified):

Tracking Number        00032717974
Earliest Event Date    1991-01-12 Incident Date      (1991-01-12)
-----------------------------------------------------------------
Arrest Date            (1991-01-12)
Arrest Case Number     (557803)
Arresting Agency       GAAPD0000 ATLANTA POLICE DEPARTMENT
Subject's Name         MITCHELL, GLENN WAYNE
Arrest Type            Adult
Charge              1
        Charge Number  00032717974001
Charge Tracking Number  00032717974
        Charge Literal (BURGLARY)
            Statute  (16-7-1 GA)
     State Offense Code  2203
            Severity  Felony
Charge              2
        Charge Number  00032717974002
Charge Tracking Number  00032717974
        Charge Literal  SIMPLE BATTERY
            Statute  (16-5-23 GA)
     NCIC Offense Code  1313
     State Offense Code  1379
        (Severity  Misdemeanor)


Tracking Number        00067634291
Earliest Event Date    1997-04-08 Incident Date      (1997-04-08)
-----------------------------------------------------------------
Arrest Date            (1997-04-08)
Arrest Case Number     (557803)
Arresting Agency       GAAPD0000 ATLANTA POLICE DEPARTMENT
Subject's Name         MITCHELL, GLENN WAYNE
Arrest Type            Adult
Charge              1
        Charge Number  00067634291001
Charge Tracking Number  00067634291
        Charge Literal  TERRORISTIC THREATS AND ACTS
            Statute  (16-11-37 GA)
     NCIC Offense Code  1602
     State Offense Code  1386
            Severity  Felony
Charge              2
        Charge Number  00067634291002

Charge Tracking Number  00067634291
    Charge Literal  WILLFUL OBSTRUCTION OF LAW ENFORCEMENT OFFICERS
        Statute   (16-10-24(a) GA)
  NCIC Offense Code  4899
  State Offense Code  4805
    Severity  Misdemeanor
Charge         3
    Charge Number  00067634291003
Charge Tracking Number  00067634291
    Charge Literal  CARRYING A CONCEALED WEAPON
        Statute   (16-11-126 GA)
  State Offense Code  5223
    Severity  Unknown

**Please submit a certified copy of the court document that indicates the final outcome of the charge shown above.  Be sure the official document you send reflects the level of charge (infraction, misdemeanor, felony, etc.) and the date of your final release from the supervision of the court and probation.**

1.  If the Clerk of Court finds no record of the charge in question, please provide a certified statement from the court to that effect.

2.  If you were placed into a court ordered presentencing program, such as Pre-Trial Intervention, Deferred Prosecution, Domestic Violence Deferred Prosecution, Probation without Verdict, Juvenile Alternative Services Program etc., please make sure the certified copy of the court document you submit shows your successful completion of, and termination from, the program.

3.  If you were convicted of a felony, in addition to the certified copy of the court document showing the final outcome of the charge, please also submit a certified copy of the document demonstrating that your civil rights have been restored.  Questions regarding the procedure for applying for restoration of Civil Rights should be addressed to:

        The Office of Executive Clemency
        Florida Commission on Offender Review
        4070 Esplanade Way
        Tallahassee, FL 32399-2450
        1-800-435-8286
        https://www.fcor.state.fl.us.clemency.shtml

NOTE: Felony convictions occurring in another state require restoration of civil rights by the state in which the conviction occurred.  Please submit a certified copy of the document issued by the state in which you were convicted that clearly indicates your civil rights have been restored.

CONFIDENTIAL AND PRIVILEGED
For professional purposes only. Not for publication. Not to be used against the patient's interests. Not to be released to another agency or person without written authorization and permission of undersigned psychologist. To be interpreted by a competent clinician only.

THE CENTER FOR PSYCHOLOGICAL
AND COUNSELING SERVICES
Atlanta, Georgia

## PSYCHOLOGICAL EVALUATION

Date of Birth: 11-2-58
Date first seen: (12-8-87)
Date of report: (11-3-89)

PATIENT:                        GLENN MITCHELL

REQUEST FOR EVALUATION:         J. F. PETROVSKY, Warden
                                U. S. Penitentiary
                                Federal Bureau of Prisons
                                601 McDonough Blvd., S.E.
                                Atlanta, GA  30315-4423

REASON FOR REFERRAL:            Mr. Mitchell is a 31 year old, married
                                black male who has been employed as a
corrections officer for the Atlanta Federal Penitentiary for five years. Mr.
Mitchell initially sought counseling to assist in overcoming his reaction to
being held as a hostage in the Federal Prison riot in Atlanta the preceding
months.  Evaluation at this time is being requested to assess his potential
for returning to his previous job assignment in the prison or whether
retraining is possible or whether long term disability is needed.

PRESENT ILLNESS:                Mr. Mitchell initially sought treatment
                                on 12-8-78 shortly after being released
as a hostage from the Federal Prison riot. At the time of his initial visit,
he was showing signs of agitation, confusion, feeling overwhelmed, having
difficulty sleeping, having recurrent nightmares about the riot and about
being killed or otherwise harmed and other preoccupations with his circum-
stances in regard to his superiors.  In addition to being emotionally
distraught at having been held a hostage, he was very angry that the
authorities at the prison did not initiate a "lock down" when the Louisiana
riot started.  He also reported that weapons were being created and the
authorities did not listen to staff reports of this problem developing.  He
is particularly distraught that on the night following the death of a black
public figure in the mid-west, he was going to be released but was not
released apparently because the negotiators outside the prison would not
accept his release.  He didn't understand this decision and feels betrayed by
his superiors.  He also is very angry that politicians were probably making
the situation after the riot worse by saying that the settlement negotiated
with the prisoners would not be honored.  He was complaining of depression,
crying a great deal, and having difficulty concentrating.  These complaints
continued for the next several months with him initially turning to the use
of alcohol to help himself sleep and to help stop himself from thinking over
and over again about the situation.  It was recommended that he be evaluated
for medication but he did not want this treatment.

After about one month, he was calmer but was afraid of the situation at the
prison and feared that the leadership would make decisions that would result
in his death and the deaths of others if there was a future rebellion.



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Atlanta District Office

75 Piedmont Ave, N.E., Suite 1100
Atlanta, GA 30335
PH: (404) 331-0604
TDD: (404) 331-6091
FAX: (404) 331-4220

September 10, 1992

Glenn Mitchell
P.O. Box 490354
College Park, GA   30349

Dear Mr. Mitchell:

This will acknowledge your recent contact regarding the Equal Employment Opportunity Commission's investigation of <u>discriminatory employment</u> referral practices by temporary employment agencies in <u>Atlanta, Georgia.</u>

If you believe you have been discriminated against, please complete the enclosed questionnaire and return it in the enclosed envelope as soon as possible.  Please answer all the questions and provide as much information as possible.  You may attach additional pages if needed.

**Please note that the law requires that charges of discrimination must be filed within 180 days of the date of the discriminatory act.  However, under certain circumstances the Commission can seek remedy for discrimination occurring more than 180 days ago. Therefore, your immediate response is requested.**

At this time, the Commission is conducting an investigation and has not made any findings or conclusions regarding any temporary agencies.    Therefore, we can not provide you with any further information at this point.    After receipt of your completed questionnaire, the Commission will contact you regarding any further information needed.

Because of the confidentiality requirements of <u>Title VII of the Civil Rights Act of 1964</u>, <u>as amended</u>, we can not provide status reports by phone.  Should you need further information please write me at the above address.  Thank you for your cooperation.

Sincerely,

Curtis S. Mayes
Senior Investigator

Enclosures:
 Questionnaire
 Return envelope

CSM/cg

SalesForce Case # 00030297

Date Received:  1/29/20

Mishandled of Application

My process to get my Class D license has been very poor. I started the process on November 7th, 2019 and the application have intentionally delayed. Today the system is still not up to date. Thus, I have had my credit cards and Bank account hacked.... I paid my fees and as a law enforcement officer the matter should have been completed ahead of time. Thanks for the disappointment.

Mr. Glenn W. Mitchell



DIVISION OF LICENSING
BUREAU OF REGULATION AND ENFORCEMENT
(850) 245-5500
(850) 245-5502 FAX

POST OFFICE BOX 5708
TALLAHASSEE, FLORIDA 32314-5708

4040 ESPLANADE WAY, SUITE 101
TALLAHASSEE, FLORIDA 32399

# FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
## COMMISSIONER NICOLE "NIKKI" FRIED

October 2, 2020

Glenn W. Mitchell
Post Office Box 490354
College Park, Georgia 30349

RE:     Administrative Denial of Application, Reference Number D 1937149

Dear Mr. Mitchell:

On June 24, 2020, the Department received your Election of Rights form in the above-referenced case. However, the request is untimely in that the response was to be filed with the Division no later than June 23, 2020.

Sincerely,

USPS
JUNE 22ND 2020
DELIVERED

Stephani France
Administrative Assistant



**NICOLE "NIKKI" FRIED**
**COMMISSIONER**

Florida Department of Agriculture and Consumer Services
Division of Licensing

**ELECTION OF RIGHTS**
**LICENSE DENIAL**
D 1937149

**This form must be filed at the Division of Licensing office in Tallahassee, Florida, within twenty-six (26) days (21 days plus 5 days for mailing) of the Notice of Denial. Failure to do so shall be deemed a waiver of your right to an administrative hearing.**

Select one of the following options and sign below:

☐    **Stipulation**
I have read and understand the enclosed Letter of Denial. By signing the agreement I choose not to litigate the issues or facts alleged, hereby waive my right to a hearing under Sections 120.569 and 120.57, Florida Statutes, and will abide by the conditions imposed.

☐    **Informal Hearing**
I do not dispute the facts upon which the agency action is based. I wish to make an explanation of those facts by speaking on my behalf at an informal hearing. The informal hearing will be conducted before a hearing officer of the Department of Agriculture and Consumer Services in accordance with Sections 120.569 and 120.57(2), Florida Statutes, and applicable portions of Chapter 28-106, Florida Administrative Code.

☐    **Informal Hearing by Written Statement**
I do not dispute the facts upon which the agency action is based. I wish to make an explanation of those facts by submitting a signed written statement to a hearing officer and I waive my right to appear in person at an informal hearing. The informal hearing will be before a hearing officer of the Department of Agriculture and Consumer Services in accordance with Sections 120.569 and 120.57(2), Florida Statutes, and applicable portions of Chapter 28-106, Florida Administrative Code.

☑    **Formal Hearing**
I dispute the facts upon which the agency action is based. I have attached to this form a petition or written statement of the disputed issues of material fact and hereby request a formal hearing to be conducted pursuant to Sections 120.569 and 120.57(1), Florida Statutes, and applicable portions of Chapter 28-106, Florida Administrative Code. I realize that failure to state the disputed issues of material fact may result in the denial of my request for a formal hearing. The formal hearing will be held before an Administrative Law Judge of the Division of Administrative Hearings where I may present evidence and argument on the issues.

I have read and understand the Election of Rights form and understand that I have the right to be represented by counsel or qualified representative at either an informal or formal hearing.

Mediation, pursuant to Section 120.573, Florida Statutes, is not available as an alternative remedy.

| | |
|---|---|
| *Glenn W Mitchell* | *N/A* |
| Applicant's Signature | Attorney's Signature if represented |
| GLENN W. MITCHELL | N/A |
| Type or print your name | Type or print attorney's name |
| P.O. BOX 490354 | N/A |
| Applicant's mailing address | Attorney's mailing address |
| COLLEGE PARK, GA 30349 | N/A |
| Applicant's city, state and zip | Attorney's city, state and zip |
| (404) 604-0706 (06/08/2020) | N/A |
| Applicant's telephone number | Attorney's telephone number |

**Upon completion of this form, return it to:**

**Florida Department of Agriculture and Consumer Services**
**Division of Licensing**
**Post Office Box 5708**
**Tallahassee, Florida 32314-5708**

Note: In accordance with the Americans with Disabilities Act, persons needing a special accommodation to participate in a hearing should contact the Division no later than seven (7) days prior to the hearing at which such special accommodation is required. The Division may be contacted at Capital Center Office Complex, 4040 Esplanade Way, 1st Floor, Suite 101, Tallahassee, Florida 32399. Hearing and voice impaired persons may call the Florida Relay Service at (800) 955-8771 (TDD) to reach (850) 245-5691.

FDACS-16015 Rev. 10/16

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):**   The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

<u>**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix,         and         other         ADA         related         publications,         available         at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**</u>

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➢ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.

➢ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions,** such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

➢ **Only one** major life activity need be substantially limited.

➢ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

➢ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**

➢ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage:**

➢ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

➢ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

➢ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

➢ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note:   Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment.   Beyond the initial pleading stage, some courts will require specific evidence to establish disability.*   For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 410-2021-02292 |

| | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MR. GLENN W MITCHELL** | **(404) 604-0706** | **1958** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P. O. BOX 490354, COLLEGE PARK,GA 30349** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **NATIONAL FOOTBALL LEAGUE** | **201 - 500** | **(212) 459-2000** |

| Street Address | City, State and ZIP Code |
|---|---|
| **345 PARK AVE., NFL CORPORATE OFFICE, NEW YORK, NY 10154** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest  **02-07-2020**   Latest  **02-07-2020**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I had previously worked with the above-named employer in Super Bowl 2018 and 2019, as a Security Officer. In November of 2019, I applied for a Security Officer License to work the Super Bowl 2020 in Miami. However, my application was sabotaged and Florida denied the License due to my background. I was not able to work the Super Bowl 2020. On October 2, 2020, I received an Administrative Denial of Application.**

**I believe I have been discriminated against because of my disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended, and because of my race (African-American) and retaliated against for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  *Glenn W. Mitchell* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT  *Glenn W. Mitchell*  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*  03/17/2021 |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.   FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

**2.   AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.   PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.   ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.   WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Date: October 5, 2020

Attn:  NFL COMMISSIONER

   NFL FOUNDATION BOD

Re:    Toxic Work Environment


Dear: Sir or Madam:


Please read and study the memos that I have enclosed of my loyalty, integrity, heroism and sacrifice.  I can list several Civil Rights violation I have suffered and experienced over years being a part of events security.  I followed all the rules this past major event in the area of staffing.  I completed all the required training on October 22, 2019; (filling out paperwork, attend training classes, pay license fees, airline ticket, hotel booking, rental fees and meals) to work the Feb. 02, 2020 Super Bowl.

NOTICE:

(I). Toxic Work Environment

(II). Hostile Work Environment observed in the two Super Bowls I have worked.

First, the delays as such were racially profiling my background by the parties were done for intimidation and embarrassing me as federal law enforcement officer.

Second, {IN UNITED STATES LABOR LAWS, A HOSTILE WORK ENVIRONMENT EXITS WHEN ONE'S BEHAVIOR WITH A WORKPLACE CREATES AN ENVIRONMENT THAT IS DIFFICULT OR UNCOMFORTABLE FOR ANOTHER PERSON TO WORK IN, DUE TO DISCRIMINATION} .... (i.e.) " Psychological Workplace Abuse" and (i.e.) "Emotionally Abusive Work Environment''.  After having worked several events and two Super bowls and invested my past service to be mistreated is unexceptable.

Finally, the delay of my paperwork was done out of total malice and gross recklessness.  The correct information was provided on Nov. 07, 2019 and the results were made known to me on Feb. 24, 2020 by phone and e-mail.  My reasons for wanting to apply my law enforcement skills was to be part of the NFL events to protect and serve the guests and fans with a safe and secure experience.  I have served (40) years in law enforcement protecting the American people.

Please feel free to reply: (404)604-0706 and email:(Gwmitchell724@gmail.com)


Respectfully,

Glenn W. Mitchell, (RET.)

Department of Justice

"HEROISM AND VALOR", Recipient

I will in coming weeks be going to United States Attorney Office and file a Civil Rights Complaint.

NAME: GLENN MITCHELL, SEC. SPVR.

ATTN:  JOE AND LONNIE AND STAFF

DATE:   September 10th,2017

RE:  INCIDENT at STAFF PARKING LOT


On Sept. 10th, 2017 in the (P.M.) hours after departing the MERCEDES-BENZ STADIUM, I

arrived at my truck parked in the staff parking lot.  I pulled out of the lot and observed a

(gray SUV) make a U-TURN behind my truck.  I was trailed down NORTHSIDE DRIVE through two

traffic lights.  I noticed the next day that my tire was flat on the driver side of my truck.  I called AAA

to come out and change the flat.  I took the flat tire to a tech who noted the tire had three holes in it

and could not be repaired.  I reported the incident to Joe and Lonnie and will keep S.A.F.E. staff posted

on any other incidents.


cc: All Concerned

Respectfully,

Glenn Mitchell, S.A.F.E. Sec. Spvr.

SEE: TITLE VII OF CIVIL RIGHTS OF 1964;
A2 U.S. CODE/12203





*2018 Super Bowl*





*2019 Super Bowl*

Super Bowl LIV Travel Interest

From:  S.A.F.E. Management (safeeventga@safemanagement.net)

To:  gwmitchell@bellsouth.net

Date:  Monday, September 16, 2019, 10:17 AM EDT



# Super Bowl LIV Travel Interest

Dear Glenn,

It is that time of year and we are now gathering interest for potential Super Bowl Travel. If you would like to be considered for the Super Bowl LIV Travel Team selection process, please review the following general information and take the "next steps". "Next Steps" includes a link to a survey that you must complete to be considered. If you have problems with the link please email us at safeeventga@safemanagement.net. If you are not interested in the Super Bowl LIV Travel Team no action is required.

# GENERAL INFORMATION:

**Date and Location:**

***Super Bowl LIV***
***Sunday, February 2, 2020***
***Hard Rock Stadium, Miami Gardens, FL***

*S.A.F.E. TRAVEL TEAM DATES*

**Departure:** Saturday, January 25th or Sunday, January 26th
**Return\*:** Monday, February 3rd or Tuesday, February 4th
*\*exact date of return – subject to airline departure availability*

**Security Licensing and Background Check:**

*If you are selected* for the Super Bowl LIV Travel Team, please understand that you will need to and MUST complete the required **40-hour** State of Florida Class D Security Training.

Please note, in an effort to be proactive and support the S.A.F.E. Manangement Team in Jacksonville, Florida we will be putting those interested through the 40-hours of training so that our team members are not only eligible to work Super Bowl, but also able to support events in Jacksonville if/when additional team members are needed.  The first opportunity to do that would be on Saturday, November 2nd.  More information will be available on that opportunity at the conclusion of the training.   However, we'll expect that those we put through this training would make themselves availale, when provided proper notification, for a potential trip(s) to Jacksonville.

If, for some reason, you already hold a valid and unexpired Class D License in Florida, please contact Shelli Hatcher to make the office aware.

S.A.F.E. will be holding these mandatory training sessions, for those interested and available on:

**Thursday, October 10, 2019 from 6:00 PM to 10:00 PM (4-hours)**
**Friday, October 11, 2019, from 6:00 PM to 10:00 PM (4-hours)**
**Saturday, October 12, 2019, from 6:00 AM to 10:00 PM (16-hours)**
**Sunday, October 13, 2019, from 6:00 AM to 10:00 PM (16-hours)**

For the avoidance of doubt, you **MUST** attend all of the above training sessions. Unfortunately, because the individuals that must conduct the trainings are from Florida, **we will not have alternative dates - again there will be no other dates offered and exceptions cannot and will not be made.** For that reason, if you do not attend all 36 hours of training, then you will NOT be able to be part of the Super Bowl Travel Team.

Once arriving in Florida, you will receive an additional 8 hours of training (4-hour Florida Security Training and 4-hour Super Bowl Specific Training).

**Pay Rate:**

You will receive $15.50 per hour while working a security shift. You will receive $11.00 per hour while working in an administrative position in Florida.  You will receive $11.00 per

hour for all Florida Class D Licensing and Super Bowl-related training hours.

**Per Diem:**

VISA debit cards will be pre-loaded with the total per diem based on your travel dates.

- $50.00 per day except *for* Super Bowl LIV Game Day. Super Bowl LIV Game Day will receive $25.00 per diem.
- On Super Bowl LIV Game Day, the NFL provides food vouchers, box lunch or a hot meal (determined by your position).

**Transporation:**

S.A.F.E. will provide:

- Air transportation to and from Miami airports through the NFL's Travel Department or their designee.
- Ground transportation to and from the Miami area airports and assigned hotel.
- Transportation between Super Bowl LIV venue(s) and assigned hotel for work unless the hotel is within walking distance to the venue(s) assigned.

S.A.F.E. is not responsible for the following expenses:

- Transportation or parking to or from your home to your departure airport.
- Mileage, Gas, Tolls or Parking for personal or personally rented vehicles.

*NOTE: S.A.F.E. vehicles are not available for personal use.*

**Baggage Fees:**

Baggage fees vary by airline.   **"IF"** fees apply, S.A.F.E. will reimburse for checked baggage up to one (1) checked bag. S.A.F.E. will not reimburse for any extra, oversize or overweight bags and/or fees associated with such. Reimbursement will be included in your final Super Bowl LIV paycheck provided that you forward the actual original receipt to your Stadium's S.A.F.E. Office Manager by Friday, February 7th. We cannot accept credit card or debit card statements in lieu of the original receipt. Remember! No Receipt = No Reimbursement.

**Lodging:**

S.A.F.E. will provide hotel accommodations based on double occupancy and the same travel dates.

**Work Shifts:**

The S.A.F.E. Travel Team must be flexible and willing to work at any venue, on any shift (including the overnight shift) as the Company has many obligations to fulfill. S.A.F.E. will accommodate shift requests, if possible. The Travel Team is expected to work every day with the possibility of no days off. Some shift hours may be increased based on daily needs. Travel Team is also expected to assist with extra hours as needed. Specific work schedules will be distributed upon arrival.

***Hard Rock Stadium (Stadium)***
Three Shifts (excludes ½ hour unpaid lunch)

- Shift 1 9:45 PM (previous night) – 6:15 AM (8 hours and $17.50/hour)
- Shift 2 5:45 AM – 2:15 PM (8 hours)
- Shift 3 1:45 PM – 10:15 PM (8 hours)

Note: Venues and shifts times are subject to change

**SUPER BOWL LIV GAME DAY ITINERARY**
Anticipated start time is 5:00 AM. Some positions may be earlier/later.
Positions – to be determined by S.A.F.E.
The anticipated end time is 12:00 AM. Some positions may be earlier/later.

**Uniforms:**

S.A.F.E. Provides:

- S.A.F.E. polo shirt, jacket or coat, rain ponchos and hat.
- Additional weather-related clothing available as needed.

You Provide:

- Black pants, white turtle/mock neck long sleeve shirt, black gloves/mittens, black shoes or boots, black socks & black belt for all work shifts.
- It is recommended that all staff bring rain pants and prepare for rain weather/elements.
- It is also recommended that you possess a small working flashlight.

**Anticipated Payroll Dates:**

S.A.F.E. Super Bowl LIV pay periods are as follows:

- 01/11/2020 – 01/24/2020   Pay Date 01/31/2020
- 01/25/2020 – 02/07/2020   Pay Date 02/14/2020

# NEXT STEPS:

Your Employee Number is 4825. (NOTE: Write it down as you will need it to complete the link below). As well, be prepared to answer questions related to your travel date availability and contact information.

If you would like to be included in the Super Bowl LIV Travel Team selection process and **if and only if will be able to attend ALL** the Florida Security Licensing training dates above, Click here to participate in our survey by close of business (5pm) on Friday, September 20th

If you are available for an extended trip, please let Shelli Hatcher (shatcher@safemanagement.net) know.

For consideration and selection for Super Bowl travel your **attendance and performance**

during all major events that have occurred in 2019 prior to September 21st will have the largest impact on your selection to Super Bowl travel.

All applicants will be notified on Monday, September 30th with Selection/Conditional Offer Letter **if** they have been selected to participate on the Travel Team. Anyone **not selected** for S.A.F.E's Travel Team is welcome to travel to at their own expense for transportation, lodging, incidental expenses, etc. and will be compensated at a rate of $15.50 per hour while working in a security position at Super Bowl LIV. Applicants must complete the pre-assignment training and pass the background check.

### *QUESTIONS?*
Email the S.A.F.E. Office at safeventga@safemanagement.net.


**Aaron, Annabelle, Codi, RJ, Shelli, Taylor**
S.A.F.E. Management
www.safemanagement.net




View this email in your browser
You are receiving this email because of your relationship with S.A.F.E. Management. Please reconfirm your interest in receiving emails from us. If you do not wish to receive any more emails, you can unsubscribe here.


1 AMB Drive, Atlanta, GA 30313

Unsubscribe


TRY US TODAY

## RE: Super Bowl LIV - Travel Constraints

From:  Shelli Hatcher (shatcher@safemanagement.net)

To:     gwmitchell@bellsouth.net

Date:  Tuesday, October 1, 2019, 09:11 AM EDT

Glenn,

Thank you for reaching out. I would just like to confirm that you are still interested even though S.A.F.E. Management is unable to provide you with transportation and housing costs. Due to hotel and budget constraints, we currently do not have that option. Please confirm that you are still interested and able to cover your own transportation, housing, and incidental expenses. If so, I will be able to provide additional information on next steps.

Thanks,

Shelli Hatcher | Events Manager

S.A.F.E. Management

(470) 341-5590 main

www.safemanagement.net



Like our S.A.F.E. Management Facebook Page!

**From:** GLENN gwmitchell <gwmitchell@bellsouth.net>
**Sent:** Monday, September 30, 2019 6:16 PM
**To:** Shelli Hatcher <SHatcher@safemanagement.net>
**Subject:** Re: Super Bowl LIV - Travel Constraints

Hello Shelli , Thank You for the invitation to attend Super Bowl LIV and will await further instructions and paperwork to complete the process. Respectfully, Glenn

On Monday, September 30, 2019, 03:01:25 PM EDT, S.A.F.E. Management <safeeventga@safemanagement.net> wrote:

Dear Glenn

As you are aware, we recently gathered interest from our Team Members in Arizona, Florida, Georgia, Maryland, and Michigan to join our Super Bowl LIV operation in the Miami Area. We would certainly like to offer this opportunity to you as well as others, but due to hotel and budget constraints, we currently do not have that option.

If you are going to be in the Miami, Florida area on your own travel and accommodation expense, there is a possibility that you could still work with us**. Please contact your S.A.F.E Office by October 4, 2018 and we will communicate the necessary paperwork/steps.**

Any questions regarding Super Bowl LIV should be directed to Shelli Hatcher via email at shatcher@safemanagement.net.

We sincerely appreciate your interest and thank you for your continued dedication to our operations.

Respectfully,

Aaron, Annabelle, Codi, RJ, Shelli & Taylor
S.A.F.E. Management of Georgia

RE: Super Bowl LIV - Travel Constraints

From:  Shelli Hatcher (shatcher@safemanagement.net)

To:    gwmitchell@bellsouth.net

Date:  Friday, October 4, 2019, 10:28 AM EDT

Hello,

Thank you for your continued interest in participating in Super Bowl LIV. If you would like to travel to Miami at your own expense and work for S.A.F.E. Management, you will still be required to attend the State of Florida security license training. Unfortunately, we cannot make any exceptions or offer any alternate dates due to the strict nature of the State of Florida security license requirements.

**This Florida training will be offered at Mercedes-Benz Stadium in Atlanta the weekend of October 10-13 at the below dates and times. You must attend <u>all</u> below dates for the entire training time to be eligible for Super Bowl. These trainings are free to attend, and you will <u>not</u> be compensated for your attendance.**
- **Thursday, October 10: 6:00pm-10:00pm**
- **Friday, October 11: 6:00pm-10:00pm**
- **Saturday, October 12: 6:00am-10:00pm**
- **Sunday, October 13: 6:00am-10:00pm**

If you choose to attend the above trainings, you will be responsible for all transportation, lodging, and incidental expenses while working at Super Bowl LIV. You will be compensated at a rate of $15.50 per hour while working in a security position. Please let me know if you are interested and able to attend all of the above trainings. After you attend all training dates and meet the security license requirements, we will provide you with any additional paperwork needed.

Thanks,

Shelli Hatcher | Events Manager

S.A.F.E. Management

(470) 341-5590 main

www.safemanagement.net



Like our S.A.F.E. Management Facebook Page!

**From:** GLENN gwmitchell <gwmitchell@bellsouth.net>
**Sent:** Tuesday, October 1, 2019 9:35 AM
**To:** Shelli Hatcher <SHatcher@safemanagement.net>
**Subject:** Re: Super Bowl LIV - Travel Constraints

Sure!!! I have family that live 5 minutes from the stadium. Some family have security and training and plan to apply to work the Super Bowl... Whatever the SAFE family need of me I am available.... Shelli I will await to hear from you to get started.. Thanks! Be Bless... Glenn

On Tuesday, October 1, 2019, 09:11:11 AM EDT, Shelli Hatcher <SHatcher@safemanagement.net> wrote:

Glenn,

Thank you for reaching out. I would just like to confirm that you are still interested even though S.A.F.E. Management is unable to provide you with transportation and housing costs. Due to hotel and budget constraints, we currently do not have that option. Please confirm that you are still interested and able to cover your own transportation, housing, and incidental expenses. If so, I will be able to provide additional information on next steps.

Thanks,

Shelli Hatcher | Events Manager

S.A.F.E. Management

(470) 341-5590 main

www.safemanagement.net



Like our S.A.F.E. Management Facebook Page!

**From:** GLENN gwmitchell <gwmitchell@bellsouth.net>
**Sent:** Monday, September 30, 2019 6:16 PM
**To:** Shelli Hatcher <SHatcher@safemanagement.net>
**Subject:** Re: Super Bowl LIV - Travel Constraints

Hello Shelli , Thank You for the invitation to attend Super Bowl LIV and will await further instructions and paperwork to complete the process. Respectfully, Glenn

On Monday, September 30, 2019, 03:01:25 PM EDT, S.A.F.E. Management <safeeventga@safemanagement.net> wrote:

Dear Glenn

As you are aware, we recently gathered interest from our Team Members in Arizona, Florida, Georgia, Maryland, and Michigan to join our Super Bowl LIV operation in the Miami Area. We would certainly like to offer this opportunity to you as well as others, but due to hotel and budget constraints, we currently do not have that option.

If you are going to be in the Miami, Florida area on your own travel and accommodation expense, there is a possibility that you could still work with us. **Please contact your S.A.F.E Office by October 4, 2018 and we will communicate the necessary paperwork/steps.**

Any questions regarding Super Bowl LIV should be directed to Shelli Hatcher via email at shatcher@safemanagement.net.

We sincerely appreciate your interest and thank you for your continued dedication to our operations.

Respectfully,

Aaron, Annabelle, Codi, RJ, Shelli & Taylor
S.A.F.E. Management of Georgia

U.S. Department of Justice

*THE LAW!*

UNDER PROTECTION OF 42 U.S.C. CIVIL RIGHTS CODE: TITLE 42; CHAP. 21;

SUBCHAP. :( 1)// 1981 IS CLEARLY DEFINED AS FOLLOWS:

## STATEMENT OF EQUAL RIGHTS

(a)  ALL persons within the jurisdiction of the United States shall have the same right in every

State and Territory to make and enforce contracts, to SUE, be parties, give evidence, and to

Full and equal benefits of ALL LAWS and proceedings for the security of PERSONS and PROPERTY

As is enjoyed by WHITE citizens, and shall be subject to like punishment, pains, penalties,

Taxes, licenses, and exactions of EVERY KIND  and to no other.

## MAKE AND ENFORCE CONTRACTS

(b). For purpose of this section, the term "make and enforce contracts" includes the making,

Performance, modification, and termination of contracts, and the enjoyment of all benefits,

All privileges, terms, and conditions of the contractual relationship.

## PROTECTION AGAINST IMPAIRMENT

(c). THE RIGHTS PROTECTED BY THIS SECTION ARE PROTECTED AGAINST IMPAIRMENT BY

NONGOVERNMENTAL Discrimination  AND IMPAIRMENT UNDER COLOR OF STATE LAWS.

42 U.S.C.//CHAP. 21 (1) (1981) P.L. 114 – 19........

UNITED STATES CONSTITUTION AMENDMENT V; AMENDMENT VII; AMENDMENT XIV...

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _June 01st 2021_

Signature of Plaintiff   _Glen Mitchell_

Printed Name of Plaintiff   _GLENN WAYNE MITCHELL_

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____